O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONTE MORELAND, </br></br>　　　　　Petitioner, </br></br>　　v. </br></br>FRED FOULK, Warden, </br></br>　　　　　Respondent. | No. CV 12-10389-CAS (PLA) </br></br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation.  The Court agrees with the recommendations of the magistrate judge.

　　　ACCORDINGLY, IT IS ORDERED:

　　　1.　　The report and recommendation is adopted.

　　　2.　　Judgment shall be entered consistent with this order.

　　　3.　　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: May 1, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Christina A. Snyder_
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE