JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONTE MORELAND, | No. CV 12-10389-CAS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FRED FOULK, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice for failure to prosecute and follow Court orders, and because the Second Amended Petition is a "mixed" petition.

DATED: May 1, 2013

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE